IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01866-MSK-MEH

FIRST FRANKLIN FINANCIAL CORPORATION, a Delaware corporation,

    Plaintiff,

v.

UNITED TITLE COMPANY, INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 28, 2009.**

    The Joint Motion for Entry of Stipulated Protective Order [filed January 27, 2009; docket #22] is **granted**. The Stipulated Protective Order is filed contemporaneously with this minute order.