IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01866-PAB-MEH

FIRST FRANKLIN FINANCIAL CORPORATION, a Delaware corporation,

Plaintiff,

v.

UNITED TITLE COMPANY, INC., a Colorado corporation,

Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 3, 2009.**

The Motion to Withdraw Appearance of Joshua M. Finkelstein [filed September 3, 2009; docket #40] is **granted**. Joshua M. Finkelstein is hereby permitted to withdraw as counsel of record for Plaintiff.

The parties are reminded of their continuing obligations to comply fully with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).