# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Philip A. Brimmer

Civil Case No. 08-cv-01866-PAB-MEH

FIRST FRANKLIN FINANCIAL CORPORATION,
a Delaware corporation,

    Plaintiff,

v.

UNITED TITLE COMPANY, INC.,
a Colorado corporation,

    Defendant.

_____

## ORDER SETTING CASE FOR TRIAL
_____

This matter has been scheduled for a two-day trial to the court on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **February 22, 2010 at 8:00 a.m.**

A Trial Preparation Conference is set for **February 5, 2010 at 9:00 a.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    sequestration of witnesses;

    2)    timing of presentation of witnesses and evidence;

    3)    anticipated evidentiary issues;

    4)    any stipulations as to fact or law; and

5) any other issue affecting the duration or course of the trial.

DATED October 6, 2009.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge