IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 08-cv-01866-PAB-MEH

FIRST FRANKLIN FINANCIAL CORPORATION,
a Delaware corporation,

    Plaintiff,

v.

UNITED TITLE COMPANY, INC.,
a Colorado corporation,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

    Plaintiff filed its complaint [Docket No. 1] on August 29, 2008, raising five claims for relief. On July 17, 2009, defendant filed a motion for partial summary judgment on plaintiff's second and third claims for relief [Docket No. 36]. The Court granted that motion on November 5, 2009 [Docket No. 49]. The parties have now jointly stipulated to the dismissal of the remaining claims with prejudice [Docket No. 60]. In light of that stipulation, it is

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all remaining claims in this action are DISMISSED with prejudice.

    DATED February 19, 2010.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge